# United States Court of Appeals for the Federal Circuit

---

**SUNKIST GROWERS, INC.,**
*Appellant*

**v.**

**INTRASTATE DISTRIBUTORS, INC.,**
*Appellee*

---

2024-1212

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91254647.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2025
Date