# United States Court of Appeals for the Federal Circuit

**SUNKIST GROWERS, INC.,**
*Appellant*

v.

**INTRASTATE DISTRIBUTORS, INC.,**
*Appellee*

2024-1212

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91254647.

**MANDATE**

In accordance with the judgment of this Court, entered July 23, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Sunkist Growers, Inc. in the amount of $940.80 and taxed against the appellee.

FOR THE COURT

September 17, 2025
Date

Jarrett B. Perlow
Clerk of Court